**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**
March 1, 2013

Lyle W. Cayce
Clerk

No. 12-40683
c/w No. 12-40704
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

DAVID GLENN MANUEL, also known as Sealed 1,

Defendant-Appellant

Appeals from the United States District Court
for the Eastern District of Texas
USDC No. 1:11-CR-102-1
USDC No. 1:11-CR-55-1

Before WIENER, ELROD, and GRAVES, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent David Glenn Manuel has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Manuel has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED,

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 12-40683
c/w No. 12-40704

counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  *See* 5TH CIR. R. 42.2.